DSA Legal Solutions, Professional Corporation
Emi Fehrman
emi.ohira@dsa-legal.com
Attorney for requester
Bar No. 272080
12655 W Jefferson Blvd., 4th Floor
Los Angeles, CA 90066
Telephone: +1.424.380.2291
Facsimile: +1.323.940.0182

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DMCA SECTION 512(h) SUBPOENA TO CLOUDFLARE, INC. | MISCELLANEOUS ACTION NO.<br><br>DECLARATION OF EMI FEHRMAN IN SUPPORT OF REQUESTER MKH INC.'S REQUEST FOR ISSUANCE OF SUBPOENA, PURSUANT TO 17 U.S.C. §512(h), TO IDENTIFY ALLEGED INFRINGERS |

1

**DECLARATION OF EMI FEHRMAN**

I, Emi Fehrman, declare and testify as follows:

1. I am an attorney duly licensed to practice law in the State of California. I represent MKH Inc. ("MKH"). In the above-entitled proceeding and as such, I am authorized and qualified to make this declaration for and on its behalf, and I make this declaration for that reason.

2. MKH is seeking a subpoena pursuant to 17 U.S.C. § 512(h) to obtain information sufficient to identify the persons infringing its copyrighted works.

3. On November 21, 2018, Katsuhiro Arai, an employee at MKH, submitted a takedown notice via Cloudflare 's online DMCA notification form, identifying the Infringing Content on avgle.com and providing the information required by 17 U.S.C. §512(c)(3)(A). Mr. Arai was authorized to act on behalf of MKH in submitting this notification. However, on November 21, 2018, Cloudflare informed us it was not a hosting company and a hosting company was QUASINETWORKS, a Netherland company. On November 22, 2018, Mr. Arai submitted a takedown notice to QUASINETWORKSON by email on November 22, 2018, but he did not hear anything from QUASINETWORKS.

4. The purpose for which this subpoena is sought is to obtain the identity of the alleged infringers. Such information will only be used for the purpose of protecting rights under the Copyright Act (17 U.S.C. § 100, *et seq*.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 10th, 2019.

2

1
2  DSA Legal Solutions, Professional Corporation
3
4
5  *Emi Fehrman*
6  Emi Fehrman
7  Attorney for Requester
8  MKH Inc.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3