DSA Legal Solutions, Professional Corporation
  Emi Fehrman (Bar No. 272080)
  *emi.ohira@dsa-legal.com*
12655 W Jefferson Blvd., 4th Floor
Los Angeles, California 90066
Telephone: +1.424.380.2291
Fax: +1. 323.940.0182

Attorney for Requester
MKH Inc.

## UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DMCA SECTION 512(h) SUBPOENA TO CLOUDFLARE, INC. )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MISCELLANEOUS ACTION NO.<br><br>MKH INC'S REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA FOR ISSUANCE OF 17 U.S.C. §512(h), TO IDENTIFY ALLEGED INFRINGERS |

Requester MKH Inc. ("MKH"), through its undersigned counsel of record, hereby requests that the Clerk of this Court issue a subpoena on Cloudflare, Inc. ("Cloudflare") to identify an alleged infringer or infringers, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. §512(h) (the "DMCA Subpoena").  The proposed DMCA Subpoena is attached hereto as Exhibit A.

The DMCA Subpoena is directed to Cloudflare, the service provider of a reverse proxy, pass-through security service of the site to which the infringing party owns and posted contents which infringes copyright rights held by MKH (the "Infringing Content").  (*See* Declaration of Emi Fehrman)

MKH has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. §512(h), namely:

(1) MKH has submitted a copy of the notification required by 17 U.S.C. §512(c)(3)(A) as Exhibit A to the Fehrman Declaration, submitted concurrently herewith;

(2) MKH has submitted the proposed DMCA Subpoena concurrently herewith; and

(3) MKH has submitted a sworn declaration confirming that the purpose for which the DMCA Subpoena is sought is to obtain the identity of an alleged infringer or infringers, and that such information will only be used for the purpose of protecting MKH's rights under Title 17 U.S.C. §512(h)(2).

Accordingly, in support of its request for a DMCA Subpoena, MKH submits and attaches:

o A copy of the notification described in 17 U.S.C. §512(c)(3)(A) (*see* Fehrman Decl., Ex. A);

o A proposed DMCA Subpoena directed to the service provider (Cloudflare)(Ex. A hereto); and

o A sworn declaration that the purpose for which the DMCA Subpoena is sought is proper under the DMCA.  (*See* Fehrman Decl.,)

Because MKH has complied with the statutory requirements, MKH respectfully requests that the Clerk expeditiously issue and sign the proposed DMCA Subpoena

pursuant to 17 U.S.C. §512(h)(4) and return it to undersigned counsel for service on the subpoena recipient.

Dated: January 10th, 2019          Respectfully submitted,

DSA Legal Solutions, Professional Corporation

*Emi Fehrman*

Emi Fehrman

Attorney for Requester MKH Inc.